UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In Re. | No. C 14-2611 LB |
| LINELL L. DUMAS JR., | **ORDER OF DISMISSAL** |
| Petitioner. | [Re: ECF No. 1] |

This action was opened on June 6, 2014, when the court received from Linell L. Dumas Jr. a letter discussing his sentence and his efforts to obtain release from prison. On that date, the court notified Mr. Dumas in writing that his action was deficient in that he had not attached a petition and had not filed an *in forma pauperis* application. The court further notified him that this action would be dismissed if he did not submit a petition and *in forma pauperis* application within 28 days. Mr. Dumas then filed a consent to proceed before a magistrate judge, but did not file a petition or an *in forma pauperis* application. This action is DISMISSED without prejudice because Mr. Dumas failed to file a petition or complaint showing the court has jurisdiction over this action and failed to pay the filing fee or submit a completed *in forma pauperis* application. The clerk shall close the file.

**IT IS SO ORDERED.**

Dated: July 22, 2014

LAUREL BEELER
United States Magistrate Judge

C 14-2611 LB
ORDER