UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| In Re. | No. C 14-2611 LB |
| LINELL L. DUMAS JR., | **ORDER REOPENING AND TRANSFERRING ACTION** |
| Petitioner. | [Re: ECF No. 8] |

This action was opened on June 6, 2014, when the court received from Linell L. Dumas Jr. a letter discussing his sentence and his efforts to obtain release from prison. On that date, the court notified Mr. Dumas in writing that his action was deficient in that he had not attached a petition and had not filed an *in forma pauperis* application, and directed him to file those materials within 28 days. The court dismissed the action on July 22, 2014 because Mr. Dumas had not filed the required materials by the deadline. The next day, July 23, 2014, a petition from Mr. Dumas was filed, although markings on the petition and the envelope suggested it may have been mailed on or about June 30, 2014. Whatever the reason for the delay in the actual filing of the petition at the courthouse, it appears that Mr. Dumas did send it by the deadline. Therefore, the order of dismissal and judgment are now VACATED and the clerk shall REOPEN the action.

The petition challenges a conviction from Los Angeles County Superior Court and Mr. Dumas is housed at a prison in Los Angeles County. A petition challenging a conviction is preferably heard in the district of conviction, although venue is proper in a habeas action in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d); N. D. Cal. Habeas L.R. 2254-

3(b). Because the conviction occurred in the Central District of California, pursuant to 28 U.S.C. § 1406(a) and Habeas L.R. 2254-3(b), and in the interest of justice, this action is TRANSFERRED to the United States District Court for the Central District of California. The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: July 25, 2014

_____
LAUREL BEELER
United States Magistrate Judge

C 14-2611 LB
ORDER

2