UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| LINELL L. DUMA'S JR., ) | |
| ) | |
| Petitioner, ) | Case No. CV 14-5939-PA(AJW) |
| ) | |
| v. ) | |
| ) | |
| J. SOTO (WARDEN), ) | JUDGMENT |
| ) | |
| Respondent. ) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: _August 1, 2014

_____
Percy Anderson
United States District Judge